IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                          PLAINTIFF

v.                                        Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN GOLDEN ADAMS;
NURSE STEVEN KING; WARDEN JEFFIE WALKER;
and DR. KEVIN MCCARH                                                                            DEFENDANTS

## ORDER

William Clayton Choate, currently an inmate of the Miller County Detention Center, filed this 42 U.S.C. § 1983 action *pro se* on December 22, 2020. (ECF No. 1). Before the Court is Plaintiff's Motion to Supplement his Complaint. (ECF No. 17). The Court has determined no response is necessary from Defendants to rule the on instant motion and therefore the issue is ripe for consideration.

In his Motion Plaintiff seeks to add four claims to his Complaint. (ECF No. 17). However, Plaintiff failed to sign the pleading. The Federal Rules of Civil Procedure require pleadings to be signed by a party or the attorney representing that party. Pursuant to Rule 11 the court must strike an unsigned paper unless the omission is promptly corrected after being called to the attention of an attorney or party. The Clerk is **DIRECTED** to return a copy of the Motion to Supplement for Plaintiff's signature. Plaintiff is **DIRECTED** to sign and date the motion and return it to the Court by **February 22, 2021.**

Accordingly, Plaintiff's Motion to Supplement (ECF No. 14) is **DENIED**.

**DATED this 8th day of February 2021**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE