IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                    PLAINTIFF

v.                                    Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN GOLDEN ADAMS;
NURSE STEPHEN KING; WARDEN JEFFIE WALKER;
DR. KEVIN MCCARH; and AL LANDRETH, Jail Administrator          DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion for Subpoena of records from the Arkansas Jail Standards. (ECF No. 58). Plaintiff asks the Court to subpoena the following documents:

1. Documents detailing the standards governing emergency "panic" or "duress" button or emergency intercom within lockdown, isolation, protective custody, and administrative segregation cells.
2. Documents outlining and regarding the standards governing the frequency correctional officers are to do security/welfare checks throughout living quarters checking on the safety of inmates, including those confined in regular housing and/or lockdown, isolation, protective custody, and administrative segregation cells.
3. Documents outlining and regarding the standards governing the frequency, and to what extent, sanitation is to be provided to inmates for the cleaning of inmate living and communal space to include Covid-19 contingency protocols.
4. The results, and how many times, of Miller County Detention Center (2300 East St. Texarkana, AR 71854 – Miller County Sheriffs Office) inspections from January 1, 2020 through March 24, 2021.
5. All complaints that have been received, including action(s) taken to resolve those complaints, by Arkansas jail Standards concerning facility and jail conditions and/or management of the Miller County Detention Center from January 1, 2020 through March 24, 2021.

*Id.* Plaintiff states this information is relevant to the claims in his complaint.

The Court finds Plaintiff's requests for documentation as set forth above are relevant and proportional to Plaintiff's claims.

Accordingly, Plaintiff's Motion for Subpoena of records from the Arkansas Jail Standards (ECF No. 58) is **GRANTED.**

The Clerk is DIRECTED to issue a subpoena to the Arkansas Jail Standards, 1515 West 7th Street, Suite 510, Little Rock, Arkansas 72201. The subpoena should require the production of the following:

1. **Documentation detailing the standards governing emergency "panic" or "duress" button or emergency intercoms within lockdown, isolation, protective custody, and administrative segregation cells.**
2. **Documents outlining the standards governing the frequency correctional officers are to do security/welfare checks throughout living quarters, checking on the safety of inmates, including those confined in regular housing and/or lockdown, isolation, protective custody, and administrative segregation cells.**
3. **Documents outlining the standards governing the frequency, and to what extent, sanitation is to be provided to inmates for the cleaning of inmate living and communal space to include Covid-19 contingency protocols.**
4. **The results of all inspections of the Miller County Detention Center from January 1, 2020, through March 24, 2021.**
5. **All complaints that have been received by the Arkansas Jail Standards concerning the facility, conditions, and/or management of the Miller County Detention Center from January 1, 2020, through March 24, 2021 and actions taken to resolve those complaints.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by October 1, 2021, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 31st day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE