IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                            PLAINTIFF

v.                          Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN GOLDEN ADAMS;
NURSE STEPHEN KING; WARDEN JEFFIE WALKER;
DR. KEVIN MCCAIN; and AL LANDRETH, Jail Administrator       DEFENDANTS

**ORDER**

Plaintiff William Clayton Choate proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is a Motion to Compel filed by Plaintiff. (ECF No. 55). Defendants have filed Responses is opposition to the motion. (ECF Nos. 56, 61).

In his motion Plaintiff states, "Defendants Attorneys continue to object to my discovery request/or not answering them at all, by stating the information I seek isn't relevant/proportional to the needs of this case, when in fact they are relevant/proportional. Defendants never answered my request for admission sent well over 30 days ago…" (ECF No. 55, p. 1). Plaintiff also asks the Court for assistance in getting statements from twenty-seven (27) individuals including inmates, officers with the Arkansas Division of Corrections, and officers with the Miller County Detention Center. *Id.* at pp. 1-2.

Defendants King and McCain filed their Response on August 24, 2021 (ECF No. 56) and Defendants Runion, Adams, and Walker filed their Response on August 31, 2021. (ECF No. 62). All Defendants state they did in fact timely respond to Plaintiff's discovery requests and any delay was caused by a change of address Plaintiff filed with the Court after he was transferred to a different unit of the Arkansas Division of Corrections. In addition, Defendants Runion, Adams and Walker provided the Court with their responses to Plaintiff's requests regarding contact information

for the twenty-seven (27) individuals. Defendants objected to the interrogatories stating, "not being proportional to the needs of the case, violating individual's privacy rights, equally available or not in possession of Defendants. Plaintiff is not entitled to contact information for individuals as it violates their rights and places them at risk." (ECF No. 61-4, pp. 11-12).

First, the Court notes Plaintiff failed to show he made any effort to confer with Defendants before filing his motion. *See* Fed. R. Civ. P. 37 (a) (3) (B) and Local Rule 7.2 (g) requiring Plaintiff to confer or attempt to confer with the Defendants in a good faith effort to obtain the requested information before seeking court intervention. In addition, Defendants have provided the Court with proof that they did timely respond to Plaintiff's requests.

It is clear Plaintiff is not satisfied with Defendants' responses to his requests for information regarding the contact information for the twenty-seven (27) individuals. As stated above, Plaintiff must first attempt to resolve this dispute with Defendants before seeking assistance from the Court.

Accordingly, Plaintiff's Motion to Compel (ECF No. 55) is **DENIED.**

**IT IS SO ORDERED this 2nd day of September 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE