IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                PLAINTIFF

v.                                    Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN GOLDEN ADAMS;
NURSE STEPHEN KING; WARDEN JEFFIE WALKER;
DR. KEVIN MCCAIN; and AL LANDRETH, Jail Administrator            DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of records from the Arkansas Department of Health. (ECF No. 66). Plaintiff asks the Court to subpoena the following documents:

1. Documents showing/outlining what Arkansas Jails and Correctional Facilities were required to report to the Arkansas Department of Health regarding Covid-19 infections of staff and the time frame to report that information.

2. Documents showing list of chemicals and disinfectants required or recommended by Arkansas Department of Health for use on communal surfaces and in mop water to control the spread of Covid-19 inside Arkansas Jails and Correctional Facilities.

3. Documents showing Arkansas Department of Health's recommended frequency of cleaning communal and living spaces inside Arkansas Jails and Correctional facilities, including regular housing and isolation, segregation, and protective custody lock-down cells, to mitigate the spread of Covid-19.

4. Documents showing Covid-19 testing strategies, including types of tests, function of tests, how tests were administered, when tests were available (dates, and how these tests were to be obtained, Arkansas Jails and Correctional facilities.

5. Documents and/or reports showing any attempts or correspondence from Miller County Detention Center/Miller County Sheriffs office to Arkansas Department of Health requesting aid in Covid-19 testing.

6. Documents showing all dates that Miller County Detention Center and/or Miller County Sheriff's Office and/or any individual with ties to MCDC or MCSO, reported Covid-19 infections of inmates and/or staff between March 20, 2020 – June 30, 2020.

7. Documents showing recommended/required testing and quarantine protocol for Covid-19 potential positive and confirmed positive inmates and staff, recommended/required by Arkansas Department of Health.

*Id.* Plaintiff states this information is relevant to the claims in his complaint and is not in the possession of Defendants.

The Court finds Plaintiff's requests for documentation as set forth above are relevant and proportional to Plaintiff's claims.

Accordingly, Plaintiff's Motion for Subpoena of records from the Arkansas Department of Health (ECF No. 66) is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to the Arkansas Department of Health, 4815 W. Markham Street, Little Rock, Arkansas 72205. The subpoena should require the production of the documents set forth above.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by October 29, 2021, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 15th day of August 2021.**

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE