IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                          PLAINTIFF

v.                                      Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN
GOLDEN ADAMS; NURSE STEPHEN KING;
WARDEN JEFFIE WALKER; DR. KEVIN
MCCARH; and AL LANDRETH, Jail Administrator                       DEFENDANTS

## ORDER

Plaintiff, William Clayton Choate, filed this civil rights action *pro* se pursuant to 42 U.S.C. § 1983 on December 22, 2020. (ECF No. 1).

On October 5, 2021, Plaintiff filed a Motion for Extension of Time to Complete Discovery (ECF No. 75), and a Motion Requesting Written or Oral Depositions of Defendants (ECF No. 76). On October 8, 2021, Defendants filed a joint Response in opposition to Plaintiff's motion for extension of the time to complete discovery. (ECF No. 78). In addition, Defendants are seeking a protective order from the Court to protect them from answering Plaintiff's pending discovery requests or any future discovery requests. *Id.*

The Court finds it prudent to schedule a status conference (video conference) to refine and limit discovery in this case. A separate order will be entered scheduling the discovery conference. The parties are **ORDERED** to file no further pleadings in this matter or engage in any further discovery until such time as the status conference has been held and the Court enters an Order regarding the completion of discovery in this matter. **Any deadlines for pending discovery responses are hereby STAYED.**

1

**IT IS SO ORDERED** this 13th day of September 2021.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE