IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                            PLAINTIFF

v.                                         Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN
GOLDEN ADAMS; NURSE STEPHEN KING;
WARDEN JEFFIE WALKER; DR. KEVIN
MCCAIN; and AL LANDRETH, Jail Administrator                                          DEFENDANTS

## ORDER

On October 13, 2021, the Court entered a stay of discovery and ordered that no further pleadings be filed until a status conference could be held. (ECF No. 79). The matter came before the Court for a Zoom Video Status Conference Hearing on November 2, 2021. (ECF No. 87). During the hearing, the Court addressed outstanding discovery issues and four pending motions filed by Plaintiff. (ECF Nos. 75, 76, 77, 83).

Based on the reasons stated during the hearing, the Court finds as follows:

1. Defendants are ordered to respond to all outstanding discovery requests submitted by Plaintiff on or before **November 16, 2021**. The parties agree the Miller County Defendants (Runion, Adams, Walker, and Landreth) will respond to ten (10) requests for production and fifty (50) requests for admission. The parties agree the Medical Defendants (King and McCain) will respond to requests for production dated August 31 and September 3, 2021.

If Plaintiff is not satisfied with responses from Defendants, he is directed to attempt to confer with Defendants to resolve any discovery issues. If he is unable to resolve any dispute, he should file a motion to compel with the Court no later than **December 15, 2021**.

**No additional discovery will be allowed by any party unless the party requests**

1

**permission of the Court and provides the Court with the exact discovery to be propounded.** Accordingly, Plaintiff's Motion for Extension of Time to Conduct Discovery (ECF No. 75) and Defendants' request for a protective order are **DENIED as MOOT.**

2. Plaintiff's Motion Requesting Written or Oral Depositions and Appointment of Counsel (ECF No. 76) is **DENIED.** Plaintiff is unable to pay for the costs of depositions. In the event the case proceeds to trial after the Court rules on any dispositive motions, the Court will consider appointing an attorney for Plaintiff.

3. Plaintiff's Motion to Supplement Complaint (ECF No. 77) is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** with respect to Plaintiff's request to add an eighth (8th) claim against Defendants for failure to train. However, Plaintiff's request to add Southern Health Partners, Inc. as a new Defendant is **DENIED.**

4. Plaintiff's Motion to Reconsider the Court's previous order denying Plaintiff's Motion for Subpoena and/or Written Depositions (ECF No. 83) is **DENIED.**

5. The deadline for the parties to file dispositive motions, including motions for summary judgment, is extended to **February 8, 2022**.

**IT IS SO ORDERED** this **3rd day of November 2021**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE