IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                        PLAINTIFF

v.                                          Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN GOLDEN ADAMS;
NURSE STEPHEN KING; WARDEN JEFFIE WALKER;
DR. KEVIN MCCAIN; and AL LANDRETH                                                          DEFENDANTS

## ORDER

Plaintiff William Clayton Choate filed this 42 U.S.C. § 1983 action *pro se* on December 22, 2020. (ECF No. 1). Before the Court is a Motion to Stay all Deadlines and Proceedings filed by Defendants Runion, Adams, Walker, and Landreth. (ECF No. 105). The Court finds no response from Plaintiff is required to rule on the motion.

On January 14, 2022, Plaintiff informed the Court he had been released from custody. (ECF No. 103). On January 18, 2022, the Court ordered Plaintiff to resubmit an *in forma pauperis* application ("IFP") to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. (ECF No. 104). This order directed plaintiff to submit the $350.00 filing fee **or** complete, sign, and return the IFP application to the Court by February 8, 2022. *Id.*

On February 19, 2022, Defendants Runion, Adams, Walker and Landreth, filed the instant motion stating they "have deadlines for discovery responses and a motion for summary judgment within this time period" and therefore they are asking the Court to stay all deadlines until Plaintiff has complied with the Court's order. (ECF No. 105). In addition, Defendants ask they be given twenty (20) to respond to discovery and file their summary judgment motion after Plaintiff complies with the Court's order. *Id.*

1

According to the docket, the deadline for Defendants to file dispositive motions, including summary judgment motions, is February 8, 2022. (ECF No. 88, p. 2). The deadline for Defendants to respond to discovery requests submitted by Plaintiff relating to his failure to train claim is February 7, 2022. (ECF No. 101). The Court will not stay all proceedings and deadlines in this lawsuit based on whether Plaintiff timely complies with the order to submit an IFP application or pay the filing fee by February 8, 2022.  However, the Court will extend the deadlines for Defendants to file dispositive motions and respond to Plaintiff's discovery requests.

For the reasons set forth above, Defendants' Motion to Stay all Deadlines and Proceedings (ECF No. 105) is **DENIED**.

**The deadline for the parties to file dispositive motions is extended to March 8, 2022.**

**The deadline for Defendants to respond to Plaintiff's discovery requests as set forth in (ECF No. 101) is extended to February 15, 2022.**

**IT IS SO ORDERED this 20th day of January 2022.**

/s/ *Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE