IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                                    PLAINTIFF

v.                                          Civil No. 4:20-cv-04109

SHERIFF JACKIE RUNION; CAPTAIN
GOLDEN ADAMS; NURSE STEPHEN KING;
WARDEN JEFFIE WALKER; DR. KEVIN
MCCAIN; and AL LANDRETH, Jail Administrator                                         DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration of the Court's Order (ECF No. 100) denying Plaintiff's motion to compel discovery. (ECF No. 102).[1] Defendants have not filed Responses and the Court finds no responses are necessary to rule on the motion.[2]

### I. BACKGROUND

In the instant motion Plaintiff states he objects and is concerned "that the Courts conduct is prejudicial and heavily weighs in favor of Defendants." (ECF No. 102). He goes on to state, "for the following reasons…Plaintiff also believes that if these issues are not properly addressed, he cannot continue to prosecute, litigate, and carry on with this case." *Id.* He identifies his objections and concerns as follows:

> 1. Defendants were ordered on November 2nd at the status conference to answer any pending discovery requests. This included 25 discovery request including both Requests for Admissions and Requests for the production of Documents. Defendants answered only the document requests & production and never answered the requests for admissions. They claim they answered all of the discovery but they did not.

---

1 Plaintiff titled the pleading as "Objections & Concerns". (ECF No. 102). However, the Court construes the pleading as a motion asking for reconsideration of the Court's previous order.
2 This matter is before the undersigned for full disposition, including final judgement pursuant to the parties Consent to Jurisdiction by United States Magistrate Judge. (ECF No. 16).

1

> 2. Defendants have shown non-compliance to follow a court order and the Court refuses to investigate by forcing Defendants to (1) either produce the Requests for Admissions answers or (2) show cause why they did not.
>
> 3. Plaintiff believes the Court overlooked this matter when it denied his [95] Motion to Compel.
>
> 4. Plaintiff questions the integrity of Defendants when they submitted claims of answering all pending discovery requests, when in fact they never answered the Requests for Admissions.
>
> 5. Defendants titled the Document Production Requests 'Answers to Admissions' when in fact inside those responses there were no answers to admissions, but only document production requests answered. THIS SHOWS DECEPTION THAT WAS INTENTIONAL.
>
> 6. If the Court fails to further investigate the matter, Plaintiff doesn't feel comfortable with continuing this case, as both sides are not being fairly adjudicated.

*Id.*

## II.   DISCUSSION

Defendants King and McCain represented to the Court "on August 4, 2021, they served upon Plaintiff responses to 25 Requests for Admissions. These were fully answered in good faith." (ECF No. 97). They also stated after the status conference in November they "served upon Plaintiff 11 Responses to Plaintiff's First Set of Requests for Production, and 9 Responses to Plaintiff's Second Set of Requests for Production. These Responses were served on November 11, 2021." They go on to state, "Plaintiff has propounded no discovery on the Medical Defendants that has not been answered." *Id.*

On November 16, 2021, Defendants Adams, Runion, and Walker notified the Court that they had complied with the Court's order to answer Plaintiff's discovery requesting requests for admission - following the discovery status conference. (ECF Nos. 89, 90, 91). (ECF No. 90) contains copies of Defendants responses to twenty- five (25) requests for admission submitted by

Plaintiff. (ECF No. 90).

Based on the notifications from Defendants, the Court denied Plaintiff's Motion to Compel (ECF No. 95) on December 28, 2021.

### III.   CONCLUSION

For the reasons set forth above, Plaintiff's Motion for Reconsideration (ECF No. 102) is **DENIED**.

**The Clerk is DIRECTED to mail Plaintiff a copy of (ECF No. 90).**

**IT IS SO ORDERED** this 26th **day of January 2022**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE