IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM CLAYTON CHOATE                                                              PLAINTIFF

v.                              Civil No. 4:20-cv-04109-BAB

SHERIFF JACKIE RUNION;
CAPTAIN GOLDEN ADAMS;
NURSE STEPHEN KING; WARDEN
JEFFIE WALKER; DR. KEVIN MCCAIN;
and AL LANDRETH                                                                    DEFENDANTS

## ORDER AND JUDGMENT

This is a civil rights action filed *pro* se by Plaintiff, William Clayton Choate, under 42 U.S.C. § 1983.  On February 10, 2021, the parties consented to have the undersigned conduct all proceedings in this case including a jury or nonjury trial and to order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  (ECF No. 16).

Currently before the Court is the parties Agreed Motion to Dismiss filed on December 20, 2023.  (ECF No. 197).  In this Motion, the parties state this case settled on October 30, 2023.  All terms of the settlement agreement are completed.  The Defendants, with the agreement of Plaintiff, request dismissal of this matter with prejudice.

**IT IS THEREFORE ORDERED, this 24th day of January 2024**, the Agreed Motion to Dismiss (ECF No. 197) is **GRANTED**, and as agreed by the parties, this matter is **DISMISSED WITH PREJUDICE**.  The Court need not retain jurisdiction of the settlement agreement as it is completed.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1